UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KINGSLEY CHUKWU | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1615 |
| | ) | Hon. RWR Roberts |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE**

    Attorney Nancy Brewer, The Zipin Law Firm, a member of the Bar of this Honorable Court, Bar No.: 473332, does enter her Appearance in the above captioned matter as Attorney for Plaintiff. All communications should be directed to Nancy Brewer, as set out below.

                                                                                                                                                        Respectfully submitted,

                                                                                                                                                        _____

                                                               Philip B. Zipin, Bar No.: 367362
                                                               Nancy Brewer, Bar No.: 473332
                                                               The Zipin Law Firm, LLC
                                                               8403 Colesville Road, Suite 610
                                                               Silver Spring, MD 20910
                                                               pzipin@zipinlaw.com
                                                               nbrewer@zipinlaw.com
                                                               (301) 587-9373
                                                               (301) 587-9397 (Fax)

                                                               *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _17th ___ day of September, 2007, a true and correct copy of the foregoing Appearance of Nancy Brewer was served electronically and by first class mail postage prepaid upon:

    Rebecca Carr, Esq.
    Pillsbury, Winthrop, Shaw and Pittman, LLP
    2300 N Street NW
    Washington, DC 20037
    rebecca.carr@pillsburylaw.com

    *Counsel for Defendant*

                                                                        _____
                                                                         Nancy Brewer