## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KINGSLEY CHUKWU | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 1:07-cv-01615 (RWR) |
| AMERICAN UNIVERSITY | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Rebecca M. Carr hereby gives notice of her entry of appearance as counsel for Defendant American University.

DATED:  September 19, 2007          Respectfully submitted,


              /s/ Rebecca M. Carr
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
rebecca.carr@pillsburylaw.com

*Counsel for Defendant American University*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, the foregoing "Entry of Appearance" was served electronically and by first class mail, postage prepaid, on the following counsel of record:

> Philip B. Zipin
> Nancy S. Brewer
> The Zipin Law Firm, LLC
> 8403 Colesville Road
> Suite 610
> Silver Spring, MD 20910

_____
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
rebecca.carr@pillsburylaw.com

*Counsel for Defendant American University*