IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINGSLEY CHUKWU<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN UNIVERSITY<br><br>    Defendant. | Case No. 1:07-cv-01615 (RWR) |

   **IT IS HEREBY STIPULATED AND AGREED** by the undersigned that the parties have resolved their dispute and that pursuant to Fed. R. Civ. P. 41(a), this case should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: November 21, 2007

_____
Christine N. Kearns (D.C. Bar No. 416339)
Rebecca M. Carr (D.C. Bar No. 488274)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
christine.kearns@pillsburylaw.com
rebecca.carr@pillsburylaw.com

*Counsel for Defendant American University*

_____
Philip B. Zipin (D.C. Bar No. 367362)
Nancy Brewer (D.C. Bar No. 473332)
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
pzipin@zipinlaw.com
nbrewer@zipinlaw.com
Telephone: (301) 587-9373
Facsimile: (301) 587-9397

*Counsel for Plaintiff*

Document3